LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Eserve: court@lesstovall.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRAPRICE COLLINS,<br><br>        Plaintiffs,<br><br>Vs.<br><br>KARYN FLORENCE PAGE. aka. Karyn Florence McCorkle, an individual; REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA, a political subdivision of the State of Nevada; CLARK COUNTY, a political subdivision of the State of Nevada; KEOLIS TRANSIT SERVICES, LLC, dba KEOLIS TRANSPORTATION, a Foreign Limited-Liability Company; and DOES I-X; and ROE CORPORATIONS I-X inclusive,<br>        Defendant. | CASE NO.: 2:22-cv-02137-APG-NJK |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6) [ECF 5] AND THE JOINDER THERETO**
**(Second Request)**

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff PRAPRICE COLLINS, through her counsel Ross Moynihan, Esq. of STOVALL & ASSOCIATES, and Defendant REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA through its counsel David Freeman, Esq. of the law office of HOLLAND & HART, LLP, and Defendant

CLARK COUNTY through its counsel Robert T Warhola of the District Attorney's office that the Plaintiff's time to file her response to Defendant RTC's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(6) [ECF 5] and Clark County's joinder thereto currently due on January 27, 2023 shall be extended to **February 10, 2023**. This is Plaintiff's second request for an extension and this stipulation is submitted in good faith and without the purpose of undue delay.

DATED this 26th day of January 2023.                    DATED this 26th day of January 2023.

STOVALL & ASSOCIATES                                      HOLLAND & HART, LLP

/s/ Ross Moynihan                                                    /s/ David Freeman
ROSS MOYNIHAN, ESQ.                                         DAVID J FREEMAN, ESQ.
Nevada Bar No. 11848                                            Nevada Bar No. 10045
2301 Palomino Lane                                                 6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89107                                        Las Vegas, Nevada 89149
Attorney for Plaintiff                                                  Attorney for Defendant RTC

DATED this 26th day of January 2023.                    DATED this 26th day of January 2023.

CIVIL DIVISION                                                         PYATT SILVESTRI

/s/ Robert Warhola                                                   /s/ Mark Liapis
Robert T. Warhola                                                     Mark T Liapis, Esq.
Deputy District Attorney                                            Nevada Bar No. 4317
Nevada Bar No. 004410                                           701 Bridger Ave. Suite 600
P.O. Box 552215                                                       Las Vegas, NV 89101
Las Vegas, Nevada 89155-2215                              Attorney for Defendant Karyn Florence Page
Attorneys for Clark County

DATED this 27th day of January.

MUEHLBAUER LAW OFFICE

/s/ Andrew Muehlbauer
Andrew R Muehlbauer, Esq.
Nevada Bar No. 10161
7915 W Sahara Ave. Suite 104
Las Vegas, NV 89117
Attorney for Defendant Keolis

IT IS SO ORDERED:

Dated: January 30, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE