# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PRAPRICE COLLINS,

     Plaintiff(s),

v.

KARYN FLORENCE PAGE, et al.,

     Defendant(s).

Case No. 2:22-cv-02137-APG-NJK

**Order**

     To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint proposed discovery plan must be filed by February 24, 2023.

     IT IS SO ORDERED.

     Dated: February 17, 2023

_____
Nancy J. Koppe
United States Magistrate Judge