Joseph G. Went
Nevada Bar No. 9220
David J. Freeman
Nevada Bar No. 10045
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
jgwent@hollandhart.com
dfreeman@hollandhart.com

*Attorneys for Regional Transportation Commission of Southern Nevada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PRAPRICE COLLINS, individually;<br><br>Plaintiff,<br><br>v.<br><br>KARYN FLORENCE PAGE. aka. Karyn Florence McCorkle, an individual; REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA, a political subdivision of the State of Nevada; CLARK COUNTY, a political subdivision of the State of Nevada; KEOLIS TRANSIT SERVICES, LLC, dba KEOLIS TRANSPORTATION, a Foreign Limited-Liability Company; and DOES I-X; and ROE CORPORATIONS I-X inclusive,<br><br>Defendants. | Case No. 2:22-cv-02137-APG-NJK<br><br>**ORDER TO EXTEND TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS (ECF NO. 5)**<br><br>**(First Request)** |

Defendants, REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA ("RTC"), by and through its counsel David J. Freeman, Esq. of the law office of Holland & Hart LLP, CLARK COUNTY ("County") by and through its counsel Robert T. Warhola, Esq. of the District Attorneys' office, KEOLIS TRANSIT SERVICES, LLC, dba KEOLIS TRANSPORTATION ("Keolis") by and through its counsel Andrew R. Muehlbauer, Esq. of the Muehlbauer Law Office, KARYN FLORENCE PAGE. aka. Karyn Florence McCorkle ("Page") by and through her counsel Mark T. Liapis, Esq. of the law office of Pyatt Silvestri, and Plaintiff, PRAPRICE COLLINS ("Plaintiff") by and through her counsel Ross

Moynihan, Esq. of the law office of Stovall & Associates, hereby stipulate and agree that the RTC's time to file its reply memorandum in support of the RTC's *Motion to Dismiss Pursuant to FED. R. CIV. P. 12(B)(6)*, which is currently due February 17, 2023, shall be extended to **Friday, February 24, 2023**. This is the RTC's first request for an extension of this deadline and this stipulation is submitted in good faith and without the purpose of undue delay.

DATED this 17th day of February 2023.

/s/ David J. Freeman
Joseph G. Went, Esq.
Nevada Bar No. 9220
David J. Freeman, Esq.
Nevada Bar No. 10045
Holland & Hart llp
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendant Regional Transportation Commission of Southern Nevada*

DATED this 17th day of February 2023.

/s/ Ross Moynihan
Ross Moynihan, Esq.
Nevada Bar No. 11848
Stovall & Associates
2301 Palomino Lane
Las Vegas, NV 89107

*Attorney for Plaintiff Praprice Collins*

DATED this 17th day of February 2023.

/s/ Robert T. Warhola
Robert T. Warhola
Nevada Bar No. 4410
Deputy District Attorney
P.O. Box 552215
Las Vegas, NV 89155-2215

*Attorney for Defendant Clark County*

DATED this 17th day of February 2023.

/s/ Mark T. Liapis
Mark T Liapis, Esq.
Nevada Bar No. 4317
Pyatt Silvestri
701 Bridger Ave. Suite 600
Las Vegas, NV 89101

*Attorney for Defendant Karyn Florence Page*

DATED this 17th day of February 2023.

/s/ Andrew R. Muehlbauer
Andrew R Muehlbauer, Esq.
Nevada Bar No. 10161
Muehlbauer Law Office
7915 W Sahara Ave. Suite 104
Las Vegas, NV 89117

*Attorneys for Defendant Keolis*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 21, 2023

20923222_v1