LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No.  11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Eserve: court@lesstovall.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRAPRICE COLLINS,<br><br>                    Plaintiffs,<br><br>Vs.<br><br>KARYN FLORENCE PAGE. aka. Karyn Florence McCorkle, an individual; REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA, a political subdivision of the State of Nevada; CLARK COUNTY, a political subdivision of the State of Nevada; KEOLIS TRANSIT SERVICES, LLC, dba KEOLIS TRANSPORTATION, a Foreign Limited-Liability Company; and DOES I-X; and ROE CORPORATIONS I-X inclusive,<br><br>                    Defendant. | CASE NO.:  2:22-cv-02137-APG-NJK |

## STIPULATION AND ORDER TO DISMISS KEOLIS TRANSIT SERVICES, LLC, dba KEOLIS TRANSPORTATION

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel, that Plaintiff's claims against Defendant KEOLIS TRANSIT SERVICES, LLC shall be dismissed without prejudice and that Defendant KEOLIS TRANSIT SERVICES, LLC shall therefore be dismissed from this action without prejudice.

/ / /

1

*Collins v. Page*
2:22-cv-02137-APG-NJK
*Stipulation and Order to Dismiss Kelios Transit Services, LLC*

DATED this 4th day of October 2023.   DATED this 4th day of October 2023.

STOVALL & ASSOCIATES   MUEHLBAUER LAW OFFICE

*/s/ Ross Moynihan*   */s/ Andrew Muehlbauer*
ROSS MOYNIHAN, ESQ.   ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 11848   Nevada Bar No. 10161
2301 Palomino Lane   7915 W. Sahara Avenue, Suite 104
Las Vegas, Nevada 89107   Las Vegas, Nevada 89117
Attorney for Plaintiff   Attorney for Defendant Keolis

DATED this this 4th day of October 2023.   DATED this 4th day of October 2023.

HOLLAND & HART, LP   PYATT SILVESTRI

*/s/ David Freeman*   */s/ Mark Liapis*
DAVID J. FREEMAN, ESQ.   MARK T LIAPIS, ESQ.
Nevada Bar No. 10045   Nevada Bar No. 4317
6605 Grand Montecito Pkwy Suite 200   701 Bridger Ave. Suite 600
Las Vegas, Nevada 89149   Las Vegas, NV 89101
Attorney for Defendant RTC   Attorney for Defendant Karyn Florence Page

## ORDER

Based upon the above stipulation of the parties and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant KEOLIS TRANSIT SERVICES, LLC shall be dismissed without prejudice and that Defendant KEOLIS TRANSIT SERVICES, LLC shall therefore be dismissed from this action without prejudice.

**IT IS SO ORDERED**

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**

**DATED**: October 5, 2023