# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRAPRICE COLLINS, | Case No.: 2:22-cv-02137-APG-NJK |
| Plaintiff | **Order Remanding Case** |
| v. | |
| KARYN FLORENCE PAGE, et al., | |
| Defendants | |

In light of plaintiff Praprice Collins' notice that she will not be filing an amended complaint (ECF No. 33),

I ORDER that this case is remanded to the state court from which it was removed for all further proceedings.  The clerk of court is instructed to close this case.

DATED this 16th day of October, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE